MARCELLA, APPELLEE AND CROSS-APPELLANT, *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

[Cite as *Marcella v. Nationwide Mut. Ins.
Co.* (1996), 76 Ohio St.3d 563.]

(No. 96–782—Submitted June 25, 1996—Decided September 25, 1996.)

*Don C. Iler Co., L.P.A.,* and *Don C. Iler,* for appellee and cross-appellant.

*Weston, Hurd, Fallon, Paisley & Howley, Timothy D. Johnson, Gregory E. O'Brien* and *Daniel A. Richards,* for appellant and cross-appellee.

The discretionary appeal in case No. 96–782 is allowed.

The judgment of the court of appeals on the appeal is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353, and the cause is remanded to the trial court for further proceedings consistent with *Cole.*

The discretionary cross-appeal in case No. 96–782 is allowed.

The judgment of the court of appeals on the cross-appeal is reversed on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

STRATTON, J., not participating.